UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JIAN HONG HUANG, et al.,<br><br>        Defendants. | Case No. 21-cv-00904-KAW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Scott Johnson filed the instant suit against Defendants Jian Hong Huang, et al. (Dkt. No. 1.) Pursuant to the parties' stipulation, the joint site inspection deadline was June 17, 2021, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection per General Order 56. (*See* Dkt. No. 17.) Thus, Plaintiff's "Notice of Need for Mediation" was due by July 29, 2021.

As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **January 20, 2022**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

      IT IS SO ORDERED.

Dated: January 11, 2022

                                                                           _____<br>
                                                                           KANDIS A. WESTMORE<br>
                                                                           United States Magistrate Judge